IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR CUVI HUALLPA,<br><br>Petitioner,<br><br>vs.<br><br>LEONARD ODDO, *et al.*,<br><br>Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01865-MJH |

**ORDER**

Respondents have filed a Response to Petition, representing that Petitioner was provided with an individualized bond hearing under § 1226(a). ECF No. 8. Respondents report that a bond hearing was held on September 23, 2026. ECF No. 8-2. Bond for Petitioner was denied because he failed to establish that he was not a flight risk. ECF No. 8-2. The Court agrees with Respondents that the Petition should be dismissed as moot because Petitioner has been provided with an individualized bond hearing in the immigration court under § 1226(a).

Accordingly, IT IS HEREBY ORDERED that the Petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

Marilyn J. Horan
United States District Judge